SMRH:483918895.1

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FLORES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:16-cv-08380 JFW (FFMx)<br><br>[Complaint Filed: August 11, 2016]<br><br>**JUDGMENT IN FAVOR OF DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>Judge: Hon. John F. Walter<br>Crtrm: 7A<br>United States Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

1 | By Order dated September 29, 2017 [Docket No. 32], this Court granted
2 | summary judgment against Plaintiff Maria Flores and in favor of Defendant Costco
3 | Wholesale Corporation. Pursuant to said Order, the Court hereby:

ORDERS, ADJUDGES AND DECREES that Plaintiff Maria Flores shall take nothing by way of her Complaint, and judgment shall be entered in favor of Defendant Costco Wholesale Corporation and against Plaintiff Maria Flores.

DATED: October 5, 2017

*/s/ John F. Walter*
HON. JOHN F. WALTER
United States District Judge